IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:19-mj-38-DCK |
| ) | |
| v. ) | |
| ) | |
| (1) FRANCISCO GARCIA-MARTINEZ ) | **ORDER** |
| (2) RODOLFO MARTINEZ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 43) without prejudice the charges against Defendants (1) FRANCISCO GARCIA-MARTINEZ and (2) RODOLFO MARTINEZ in the above-captioned criminal Complaint.

**IT IS HEREBY ORDERED** that the motion be **GRANTED** and that the charges against Defendants (1) FRANCISCO GARCIA-MARTINEZ and (2) RODOLFO MARTINEZ in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: February 20, 2019

David C. Keesler
United States Magistrate Judge